# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:18-CR-0066** |
| v. | : | **(Chief Judge Conner)** |
| **LUIS SANABRIA-ROBRENO**, a/k/a Jorge Robrero, | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 13th day of September, 2018, upon consideration of the government's concurred in motion (Doc. 41) to amend caption, it is hereby ORDERED that the motion is GRANTED. The caption in this case is amended to "United States of America v. Luis Sanabria-Robreno, a/k/a Jorge Robrero, Defendant."

                                                  /S/ CHRISTOPHER C. CONNER
                                                  Christopher C. Conner, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania